IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-82-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SAMMY STEWART YARBRO, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, May 16, 2018 at 10:30 a.m., is **VACATED** and reset to commence on **Wednesday, June 6, 2018 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1.      The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **May 16, 2018.**

2.      Sentencing memoranda and supporting documents addressing all

1

relevant sentencing issues shall be filed on or before **May 23, 2018.**   Absent good cause shown, sentencing memoranda and supporting documents filed after May 23, 2018 will not be considered in addressing sentencing issues.   Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

 3. Responses to sentencing memoranda shall be filed on or before **May 30, 2018**.

 4. Reply briefs will not be accepted for filing in sentencing matters.

 5. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

 6. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this _11th_ day of April, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE