FILED

JUN 25 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **SAMUEL STEWART YARBRO and NICOLE MARIE LANCE,** **Defendants.** | CR 17-82-BLG-SPW ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 66). For good cause being shown,

IT IS HEREBY ORDERED, the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

Dated this 25th day of June, 2018.

SUSAN P. WATTERS
United States District Court Judge

1