IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMMY STEWART YARBRO,<br><br>Defendant. | CV 17-82-BLG-SPW-1<br><br><br>ORDER |

On April 4, 2022, Defendant Sammy Yarbro filed a letter with the Court seeking permission to temporarily leave the United States with a local church group to assist humanitarian efforts in Poland. (Doc. 98). The Court has since been informed that the trip has been cancelled and there are no immediate plans to reschedule. (See attached Exhibit). As such, the Court denies Yarbro's request as moot.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 1st day of June, 2022.

SUSAN P. WATTERS
United States District Judge

**Calder Thingvold**

| | |
|---|---|
| From: | Rochelle Petri |
| Sent: | Wednesday, June 1, 2022 9:27 AM |
| To: | Calder Thingvold |
| Subject: | RE: Yarbro Release Request |

Hi Calder,

On 05/03/22, I contacted Executive Pastor Steve Lortz by phone whom advised the scheduled trip to Poland had been canceled. I inquired if he thought this trip would be rescheduled, he advised they have been in contact with their counterparts who are located in Poland and are discussing possible dates for later in the summer. I then contacted chambers, relayed this information and inquired if Mr. Yarbro would be required to submit another formal request shall another mission trip be arranged. The Judge advised he would need to submit another formal request.

Thank you,



*Rochelle Petri*

United States Probation Officer

2601 2nd Avenue North, Suite 1300
Billings, MT 59101
Office: 406-657-6715
Fax: 406-657-6291

---

**From:** Calder Thingvold <Calder_Thingvold@mtd.uscourts.gov>
**Sent:** Wednesday, June 1, 2022 9:18 AM
**To:** Rochelle Petri <Rochelle_Petri@mtp.uscourts.gov>
**Subject:** Yarbro Release Request

Hi Rochelle,

Hope you are doing well. I know you had discussed Mr. Yarbro's request for temporary leave with the Judge previously and informed her that the trip had been canceled. Would you mind replying to this email with that information and how you learned that the trip was canceled? The Judge is going to deny the motion as moot and attach the email as an exhibit.

Thank you,

*Calder J Thingvold*

Law Clerk to Hon. Susan P. Watters
United States District Court, District of Montana
James F. Battin Federal Courthouse
2601 2nd Ave. N. Billings, MT 59101

e: calder_thingvold@mtd.uscourts.gov
p: (406) 247.2353

1